IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PALIXATH XABANDITH,** | CIV S-07-1889-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **A. HEDGPETH,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before November 26, 2007.

DATED: October 31, 2007

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE